**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PRINCESS MARIA SPENCER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  23-0798 (UNA) |
| | ) | |
| DEPARTMENT OF HUMAN SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION**

This matter is before the Court on review of this *pro se* plaintiff's application to proceed

*in forma pauperis* and her civil complaint.

Plaintiff "would like a benefit awards letter and an explanation of benefits" from the

District of Columbia's Department of Human Services, through which she has received

Supplemental Nutritional Assistant Program benefits in recent months.  *See* Compl. at 1.  The

complaint neither alleges facts establishing that a demand for benefits from the District of

Columbia presents a federal question, nor otherwise establishes grounds for this Court's

jurisdiction.

Insofar as plaintiff challenges a determination made by the Department of Human

Services, it appears that her recourse, if any, may be before the District of Columbia Office of

Administrative Hearings, not federal district court.  *See Brooks v. District of Columbia*, 375 F.

Supp. 3d 41, 49 (D.D.C. 2019), *aff'd sub nom. Patten v. District of Columbia*, 9 F.4th 921 (D.C.

Cir. 2021), *cert. denied*, 142 S. Ct. 1129 (2022); D.C. Code § 2-1813.03(a)(2); *see also Malone*

*v. District of Columbia*, No. 22-cv-3527, 2022 WL 17496215, at *1 (D.D.C. Dec. 5, 2022)

(dismissing challenge to OAH determination because appeal must be taken to District of Columbia Court of Appeals).

A party seeking relief in the district court must at least plead facts that bring the suit within the Court's jurisdiction. *See* Fed. R. Civ. P. 8(a). This plaintiff has not done so and, therefore, the Court will dismiss the complaint without prejudice for lack of subject matter jurisdiction.

An Order is issued separately.


DATE: May 8, 2023                                    /s/
                                                     JIA M. COBB
                                                     United States District Judge